# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MAINE

RECEIVED
By USBC Bangor at 8:59 a.m., 10/28/2025

In re: __J.F. Liquidating Corporation__    BK Case No. _____
         Debtor(s)                          AP Case No. _____

### APPLICATION TO SUBMIT COURT FILINGS BY E-MAIL

Name of Applicant: __J.F. Liquidating Corporation__

hereby applies to the United States Bankruptcy Court for the District of Maine for approval to submit case documents for filing with the Court through use of its specific e-mail filing address ("e-mail address") in the above-captioned bankruptcy case or adversary proceeding. *Note: In joint debtor cases, both individuals must complete and sign a separate application.*

In support of this Application, the Applicant states:

1. I am a self-represented (pro se) debtor or party in the above-captioned bankruptcy case or adversary proceeding.

2. I have registered with the Debtor Electronic Noticing (DeBN) program and I understand that I will receive all court-docketed notices and orders only by e-mail.

3. I understand that upon authorization to use the e-mail address, all filings submitted must include a signature, pursuant to Federal Rule of Bankruptcy Procedure 9011(a). Use of the Bankruptcy Court's e-mail address has the same effect as physically signing a paper document filed with the Court.

4. I understand that electronically submitting documents through the e-mail address is a privilege that can be revoked at any time and for any reason.

The Applicant respectfully requests that the Court approve this Application for access to the e-mail address in the above-captioned bankruptcy case or adversary proceeding.

Respectfully submitted,

By: _[signature]_
*Signature of Applicant*

Applicant Name: __Dustin Mancos__
Mailing Address: __12 Katahdin Ave__
City: __Caribou__
State: __ME__   Zip Code: __04736__   Telephone: __207-551-7882__
Email: __dustin.mancos@gmail.com__

Rev. 10/2024