# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

| | |
|---|---|
| In re:<br><br>J.F. Liquidating Corporation<br>d/b/a Burger Boy,<br><br>        Debtor | Chapter 11<br>Case No. 25-10209 |

## ORDER DISMISSING CASE

The debtor, a corporation organized under state law, commenced this chapter 11 case on October 28, 2025. At that time, the debtor did not pay the required filing fee but instead sought authority to pay the fee in installments. That request was denied, and the debtor was ordered to pay the entire filing fee on or before November 3, 2025 [Dkt. No. 9]. As of today, the filing fee has not been paid. As a result, this chapter 11 case is dismissed for cause. *See* 11 U.S.C. § 1112(b), (d)(4)(E) & (K).[1]

Dated: November 5, 2025

                                       Michael A. Fagone
                                       United States Bankruptcy Judge
                                       District of Maine

---

[1] Due to the dismissal of this case, the hearing scheduled for November 5, 2025, on an Order to Show Cause [Dkt. No. 8] is canceled as unnecessary.

1